# UNITED STATES DISTRICT COURT
for the
Southern District of Georgia

Augusta Division

2022 DEC 16 P 3:36

M. Akin

James Lamont Taylor
_____
Plaintiff(s)
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Freedom Mortgage Corporation
_____
Defendant(s)
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Case No. CV122-154
(to be filled in by the Clerk's Office)

Jury Trial: (check one)  ☐ Yes  ☑ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: James Lamont Taylor
Street Address: 2023 Ashley Drive
City and County: Augusta; Richmond
State and Zip Code: Georgia; 30906
Telephone Number: (706) 631-6774
E-mail Address: jltaylor1914@yahoo.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
  Name: Freedom Mortgage Corporation
  Job or Title (if known): Mortgage Servicer
  Street Address: 951 Yamato Road
  City and County: Boca Raton; Palm Beach
  State and Zip Code: Florida; 33431
  Telephone Number: (855) 690-5900
  E-mail Address (if known): stanley.middleman@freedommortgage.com

Defendant No. 2
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

15 USC 1692 (Fair Debt Collections Practices Act)

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   The plaintiff, *(name)* N/A , is a citizen of the State of *(name)* N/A .

   b. If the plaintiff is a corporation
   The plaintiff, *(name)* N/A , is incorporated under the laws of the State of *(name)* N/A , and has its principal place of business in the State of *(name)* N/A .

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   The defendant, *(name)* N/A , is a citizen of the State of *(name)* N/A . Or is a citizen of *(foreign nation)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

      b.    If the defendant is a corporation

The defendant, (name) __N/A__, is incorporated under the laws of the State of (name) __N/A__, and has its principal place of business in the State of (name) __N/A__.

Or is incorporated under the laws of (foreign nation) __N/A__, and has its principal place of business in (name) __N/A__.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

__N/A__

## III. Statement of Claim

**Freedom Mortgage Corporation**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I, James Lamont Taylor, am the son of Susan A. Taylor and one of the successors in the interest of the loan (Exhibit, page 7). Susan A. Taylor, as a consumer and creditor, issued her credit card (15 U.S.C. 1602(k)) to Sheila Mae Matthis a consumer credit transaction was completed on July 1, 2020,

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Invasion of privacy, harassment, abuse, oppression, false, deceptive, misleading representations, unfair practices, discrimination, failure to validate debt, extortion, racketeering and poor customer service is responsible for emotional distress, mental anguish and pain & suffering; because of all this I am requesting relief of $750 million, title/lien/deed. Freedom Mortgage Corporation has placed the mortgage in default, property in foreclosure and never validated debt

failure to validate debt per request

Statement of Claim (continued) - Freedom Mortgage Corporation an extension of credit was granted, which created an account with Freedom Mortgage Corporation and pursuant to 18 U.S.C. 8, fully paid for the property at address 2023 Ashley Drive, Augusta, Georgia, 30906, for personal, family and household purposes (Exhibit, Page 2). Freedom Mortgage Corporation disregards 18 U.S.C. 8 and persistently uses mail monthly in attempts to collect debt (mortgage payments) via the mortgage address (Exhibit, Pages 4-10). Freedom Mortgage Corporation claimed via usage of mail for the purpose of collecting debt (mortgage payments) that documents were mailed per requirement of the Fair Debt Collection Practices Act (Exhibit, Page 9). 1. Freedom Mortgage Corporation without prior consent or the express permission of a court of competent jurisdiction communicated with McCalla Raymer Leibert Pierce, LLC in connection with the collection of debt, is an invasion of privacy (Exhibit, Page 3). 2. Freedom Mortgage Corporation disregards 18 U.S.C. 8 and via persistent monthly usage of mail attempts to collect debt (mortgage payments) at the mortgage address is harassment, abusive and oppressive (Exhibit, Pages 4-10). 3. Freedom Mortgage Corporation's use of "borrower" and "loan" is a false, deceptive and misleading representation that runs the risk of repayment of the property that has been fully paid for (Exhibit, Pages 1, 2 and 10).

Statement of Claims Continued Against Freedom Mortgage Corp.

4. Freedom Mortgage Corporation via usage of mail for the purpose of collecting debt claimed and threat to sale the property is a false, deceptive and misleading representation that runs the risk of repayment of property that is fully paid for (Exhibit, Page 10).

5. Freedom Mortgage Corporation via persistent monthly usage of mail for the purpose of collecting debt, failed to disclose within their mail that they are a debt collector attempting to collect debt is a false, deceptive and misleading representation that runs the risk of repayment of the property that is fully paid for (Exhibit, Pages 4-8, 10).

6. Via usage of mail for the purpose of collecting debt, Freedom Mortgage Corporation's threat to sale the property in the non-judicial foreclosure state of Georgia is an unfair practice that invades privacy (Exhibit, Page 10).

7. Freedom Mortgage Corporation's persistent monthly usage of mail for the purpose of collecting debt with their symbol is an unfair practice that invades privacy (Exhibit, Pages 4-8).

8. Freedom Mortgage Corporation's failure to provide documentary evidence (file, accounting, ledger and transactional history) of debt per request made on July 6, 2022, shows that they provided no consideration and discriminates against consumer rights (Exhibit, Page 11).

9. Freedom Mortgage Corporation via persistent monthly usage of mail continued its attempts to collect debt despite failing to provide documentary evidence (file, accounting, ledger and transactional

Statement of Claim (Continued Page 2) - Freedom Mortgage Corp history) of debt per request, discriminates against consumer rights (Exhibit, Pages 4-11).

### Relief (Continued)

Invasion of privacy, harassment, abuse, oppression, false, deceptive, misleading representation, unfair practices, failure to validate debt, discrimination, poor customer service, extortion and racketeering are responsible for emotional distress, mental anguish and pain & suffering; because of this I am requesting relief of $750 million and the title/lien/deed. Freedom Mortgage Corporation has never validated debt via the file, accounting, ledger and transactional history notarized by an accountant per request of the account, but still placed the account in default and the property in foreclosure. I would like a refund of the extension of credit of $72,298 due to Freedom Mortgage Corporation's failure to use properly and each payment that has been toward the mortgage, $3,619.39. Freedom Mortgage Corporation has violated various chapters and sections of the Fair Debt Collections Practices Act a total of 90 times and pursuant to 15 U.S.C. 1692k(a)(2)(A), they are liable for payment of $1,000 per violation, which equals $90,000.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 12/06/2022

Signature of Plaintiff: *James Lamont Taylor*
Printed Name of Plaintiff: James Lamont Taylor

### B. For Attorneys

Date of signing: N/A

Signature of Attorney: N/A
Printed Name of Attorney: N/A
Bar Number: N/A
Name of Law Firm: N/A
Street Address: N/A
State and Zip Code: N/A
Telephone Number: N/A
E-mail Address: N/A


**FREEDOM MORTGAGE**
P.O. Box 50485. Indianapolis, IN 46250-0485

JAMES TAYLOR
2023 ASHLEY DR
AUGUSTA GA 30906

February 15, 2022

Re: Loan Number 0115266785

Dear James Taylor,

Thank you for contacting Freedom Mortgage Corporation. We received your request via mail on January 31, 2022 regarding validating the debt. We appreciate the opportunity to assist you and hope that you find the following information helpful.

The loan referenced above originated with Freedom Mortgage Corporation on July 1, 2020. The loan is currently on a Covid-19 Assistance Forbearance Plan which began on April 1, 2021 and is scheduled to end on March 31, 2022. On October 1, 2020 the account was updated to reflect that yourself, James Taylor, and Jacqueline Taylor are the successor in interest of the loan.

We have reviewed the information in connection with the above referenced loan and provide you with copies of the Note and Mortgage (including all addendums/riders) to validate the debt as witnessed by the primary account holder's signature(s). In addition, are copies of the Residential Loan Application, Closing Disclosure, Notice of Right to Cancel, First Payment Letter, Verification of Mortgage and Payment History have been enclosed for your review and records. Freedom Mortgage Corporation is the current servicer of the loan, with an address of 10500 Kincaid Drive, Suite 111, Fishers, IN 46037, with rights to enforce the terms of the security instruments and collect on the debt.

Please find below Original Principal Balance, Current Principal Balance, a breakdown of the current Principal and Interest, Escrow (if applicable), Escrow Balance and any funds in Unapplied/Suspense.

- Original Principal Balance: $72,298.00
  Current Principal Balance: $70,0184.35
  Principal & Interest: $348.34
  Escrow Payment: $238.21
  Escrow Balance: $-102.65
  Unapplied Balance: $0.00

*Please be advised the figures provided to you are not payoff figures.

As of the date of this letter, the loan is due for the October 1, 2021, November 1, 2021, December 1, 2021, January 1, 2022, and February 1, 2022 payments totaling the amount of $2,932.75. *Please be advised this amount is not a



**FREEDOM MORTGAGE**
PO Box 50485, Indianapolis, IN 46250-0485

# Verification of Mortgage

**Date:** February 11, 2022

**Requestor Information:**
    Company/Name:

**Borrower Information:**
    Account Number:    0115266785

    Borrower Name:     SUSAN A TAYLOR
    Property Address:  2023 ASHLEY DR
                       AUGUSTA        GA 30906

| Date Loan Opened: | 07/01/20 |
|---|---|
| First Payment Due Date: | 09/01/20 |
| Original Unpaid Principal Balance: | $72,298.00 |
| Current Unpaid Principal Balance: | $70,184.35 |
| Loan Type | VA |
| Maturity Date | 07/2045 |
| Next Due Date | 10/01/21 |
| Principal and Interest Payment | $348.34 |
| Total Monthly Payment Amount | $586.55 |
| Amount Past Due | $2,932.75 |
| Date Last Paid | 10/04/21 |
| Present Status of Mortgage | Current |

| Times Delinquent This Year ||||
|---|---|---|---|
| 15 Days | 30 Days | 60 Days | 90 Days |
| 0 | 0 | 0 | 0 |

| Times Delinquent Last Year ||||
|---|---|---|---|
| 15 Days | 30 Days | 60 Days | 90 Days |
| 1 | 3 | 1 | 2 |

2.66

December 7, 2022
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Rd
Roswell, GA 30076
T: (770) 643-2148 from 8am to 5pm EST, Monday to Friday
www.mccalla.com

To:   Susan A Taylor
      2023 Ashley Dr

      Augusta, GA 30906

Reference: 22-10080GA

**McCalla Raymer Leibert Pierce, LLC may be deemed a debt collector.** You have a real estate loan serviced by Freedom Mortgage Corporation with account number ending in 6785. We may use any information you give us to help collect the debt.

**If you are currently subject to the protections of any automatic stay in bankruptcy OR have obtained a discharge in a bankruptcy proceedings, nothing stated herein is an attempt to collect, recover, or offset the mortgage debt against you personally. This letter is being provided for informational purposes only.**

## Our information shows:

There is a mortgage loan serviced by Freedom Mortgage Corporation with account number ending in 6785.

Please see the enclosed last statement for an itemization of the debt.

**Total amount of the debt now: $70,441.15**

## How can you dispute the debt?

- **Call or write to us by January 11, 2023, to dispute all or part of the debt.** If you do not, we will assume that our information is correct.
- **If you write to us by January 11, 2023, we must stop collection** on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes at:

    McCalla Raymer Leibert Pierce, LLC
    1544 Old Alabama Rd
    Roswell, GA 30076

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write to us by January 11, 2023, we must stop collection until we send you that information. You may use the form below or write to us without the form.
- **Go to www.cfpb.gov/debt-collection to learn more about your rights under federal law.** For instance, you have the right to stop or limit how we contact you.

---

**Mail this form to:**
McCalla Raymer Leibert Pierce, LLC
1544 Old Alabama Rd
Roswell, GA 30076


Susan A Taylor
2023 Ashley Dr

Augusta, GA 30906

## How do you want to respond?

*Check all that apply:*
- o  **I want to dispute the debt because I think:**
    - o  This is not my debt.
    - o  The amount is wrong.
    - o  Other (please describe on reverse or attach additional information).
- o  **I want you to send me the name and address of the original creditor.**

**Reference: 22-10080GA**

DVN 2021


**FREEDOM MORTGAGE**

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

# Mortgage Statement
Statement Date 07/18/22

| Contact Information | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00 a.m. - 10:00 p.m. ET |
| | Saturday 9:00 a.m. - 6:00 p.m. ET |
| Find us on the web at: | www.freedommortgage.com |

0-807-75750-0021512-002-1-100-010-000-000

2023 ASHLEY DR
AUGUSTA GA 30906-5082

| | |
|---|---|
| Loan Number | 0115266785 |
| Payment Due Date | 08/01/22 |
| **Amount Due\*\*** | **$1,039.52** |

If payment is received after 08/16/22, $0.00 late fee will be charged.

Property Address:   2023 ASHLEY DR
                    AUGUSTA GA 30906

## Account Information

| | |
|---|---|
| Outstanding Principal | $68,678.61 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $1,774.08 |
| Unapplied Funds | $0.00 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $169.93 |
| Interest | $178.41 |
| Escrow/Impound (for Taxes and/or Insurance) | $171.42 |
| **Regular Monthly Payment** | **$519.76** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $519.76 |
| Unpaid Late Charges | $.00 |
| Other/Optional Products | $.00 |
| **Total Amount Due\*\*** | **$1,039.52** |

## Transaction Activity (06/11/22 - 07/18/22)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Payment | 06/13/22 | 11/01/21 | 06/13/22 | $161.31 | $182.34 | $166.00 | $238.21 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 06/24/22 | 12/01/21 | 06/24/22 | $586.55 | $181.91 | $166.43 | $238.21 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 06/24/22 | 12/01/21 | 06/24/22 | $79.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $79.04 |
| Payment | 06/24/22 | 01/01/22 | 06/24/22 | $507.51 | $181.47 | $166.87 | $238.21 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 06/24/22 | 02/01/22 | 06/24/22 | $586.55 | $181.04 | $167.30 | $238.21 | $0.00 | $0.00 | $0.00 | $0.00 |
| Payment | 06/24/22 | 02/01/22 | 06/24/22 | $79.04 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $79.04 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $1,340.17 | $1,505.74 |
| Interest | $1,446.55 | $1,629.32 |
| Escrow (Taxes and Insurance) | $1,638.52 | $1,876.73 |
| Fees\*\* | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied\* | $158.08 | $0.00 |
| **Total** | **$4,583.32** | **$5,011.79** |

\*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.
\*\*Amounts listed here will include other/optional products, if applicable.

## Important Messages

**Buying your next home just got easier!**
Find a realtor. Find a home. Save money. Close on time.
That's the Freedom Mortgage Purchase Promise!
Call **877-482-2744** today to learn more
and get pre-qualified.

\*\*This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.

**FREEDOM MORTGAGE®**

PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

# Mortgage Statement
Statement Date 08/18/22

| Contact Information | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

5-807-77441-0008532-001-1-110-110-000-000

2023 ASHLEY DR
AUGUSTA GA 30906-5082

| | |
|---|---|
| Loan Number | 0115266785 |
| Payment Due Date | 09/01/22 |
| **Amount Due** | **$1,580.07** |

If payment is received after 09/16/22, $20.79 late fee will be charged.

Property Address:   2023 ASHLEY DR
                                  AUGUSTA GA 30906

## Account Information

| | |
|---|---|
| Outstanding Principal | $68,678.61 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $1,774.08 |
| Unapplied Funds | $0.00 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $170.37 |
| Interest | $177.97 |
| Escrow/Impound (for Taxes and/or Insurance) | $171.42 |
| **Regular Monthly Payment** | **$519.76** |
| Total Fees & Charges | $.00 |
| Overdue Payment | $1,039.52 |
| Unpaid Late Charges | $20.79 |
| Other/Optional Products | $.00 |
| **Total Amount Due** | **$1,580.07** |

## Transaction Activity (07/19/22 - 08/18/22)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Accrued Late Charge | 08/17/22 | 00/00/00 | 08/17/22 | $20.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $1,505.74 |
| Interest | $0.00 | $1,629.32 |
| Escrow (Taxes and Insurance) | $0.00 | $1,876.73 |
| Fees** | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$5,011.79** |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.

**Amounts listed here will include other/optional products, if applicable.

## Important Messages

Delinquency information is reflected on page 2 in the Delinquency Notice section.

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.
DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT

FREEDOM MORTGAGE®

FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

# Mortgage Statement
Statement Date 09/19/22

1-807-79022-0010811-001-1-111-010-000-000

2023 ASHLEY DR
AUGUSTA GA 30906-5082

| Contact Information | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

| | |
|---|---|
| Loan Number | 0115266785 |
| Payment Due Date | 10/01/22 |
| **Amount Due**** | **$2,135.62** |
| If payment is received after 10/16/22, $20.79 late fee will be charged. | |
| Property Address: | 2023 ASHLEY DR |
| | AUGUSTA GA 30906 |

## Account Information

| | |
|---|---|
| Outstanding Principal | $68,678.61 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | $730.08 |
| Unapplied Funds | $0.00 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $170.82 |
| Interest | $177.52 |
| Escrow/Impound (for Taxes and/or Insurance) | $171.42 |
| **Regular Monthly Payment** | **$519.76** |
| Total Fees & Charges | $15.00 |
| Overdue Payment | $1,559.28 |
| Unpaid Late Charges | $41.58 |
| Other/Optional Products | $.00 |
| **Total Amount Due**** | **$2,135.62** |

## Transaction Activity (08/19/22 - 09/19/22)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Hazard Insurance | 08/31/22 | 06/01/22 | 08/31/22 | $1,044.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Prop Inspection Fee | 09/16/22 | 06/01/22 | 09/16/22 | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Accrued Late Charge | 09/19/22 | 00/00/00 | 09/19/22 | $20.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $1,505.74 |
| Interest | $0.00 | $1,629.32 |
| Escrow (Taxes and Insurance) | $0.00 | $1,876.73 |
| Fees** | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$5,011.79** |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.
**Amounts listed here will include other/optional products, if applicable.

## Important Messages

Delinquency information is reflected on page 2 in the Delinquency Notice section.

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.



FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

# Mortgage Statement
Statement Date 10/18/22

| Contact Information | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

4-807-80549-0009302-001-1-110-010-000-000


2023 ASHLEY DR
AUGUSTA GA 30906-5082

| | |
|---|---|
| Loan Number | 0115266785 |
| Payment Due Date | 11/01/22 |
| **Amount Due**\*\* | **$2,691.17** |

If payment is received after 11/16/22, $20.79 late fee will be charged.

Property Address:  2023 ASHLEY DR
AUGUSTA GA 30906

## Account Information

| | |
|---|---|
| Outstanding Principal | $68,678.61 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | ($436.28) |
| Unapplied Funds | $0.00 |

## Explanation of Amount Due

| | |
|---|---|
| Principal | $171.26 |
| Interest | $177.08 |
| Escrow/Impound (for Taxes and/or Insurance) | $171.42 |
| **Regular Monthly Payment** | **$519.76** |
| Total Fees & Charges | $30.00 |
| Overdue Payment | $2,079.04 |
| Unpaid Late Charges | $62.37 |
| Other/Optional Products | $.00 |
| **Total Amount Due**\*\* | **$2,691.17** |

## Transaction Activity (09/20/22 - 10/18/22)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Tax Disbursement | 09/29/22 | 06/01/22 | 09/29/22 | $1,166.36 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Prop Inspection Fee | 10/17/22 | 06/01/22 | 10/17/22 | $15.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Accrued Late Charge | 10/18/22 | 00/00/00 | 10/18/22 | $20.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

## Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $1,505.74 |
| Interest | $0.00 | $1,629.32 |
| Escrow (Taxes and Insurance) | $0.00 | $1,876.73 |
| Fees\*\* | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied\* | $0.00 | $0.00 |
| **Total** | **$0.00** | **$5,011.79** |

\*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.
\*\*Amounts listed here will include other/optional products, if applicable.

## Important Messages

Delinquency information is reflected on page 2 in the Delinquency Notice section.

\*\*This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.
DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT



FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

# Mortgage Statement
Statement Date 11/18/22

7-807-82312-0003204-001-1-110-010-000-000



2023 ASHLEY DR
AUGUSTA GA 30906-5082

| Contact Information | |
|---|---|
| Phone: | 1-855-690-5900 |
| Customer Care: | Monday - Friday 8:00am – 8:00pm ET |
| | Saturday 9:00am – 2:00pm ET |
| Find us on the web at: | www.freedommortgage.com |

| | |
|---|---|
| Loan Number | 0115266785 |
| Payment Due Date | 12/01/22 |
| **Amount Due**** | **$3,231.72** |

If payment is received after 12/16/22, $20.79 late fee will be charged.

Property Address: 2023 ASHLEY DR
AUGUSTA GA 30906

### Account Information

| | |
|---|---|
| Outstanding Principal | $68,678.61 |
| Deferred Balance | $0.00 |
| Interest Rate | 3.125% |
| Prepayment Penalty | No |
| Escrow Balance | ($436.28) |
| Unapplied Funds | $0.00 |

### Explanation of Amount Due

| | |
|---|---|
| Principal | $171.71 |
| Interest | $176.63 |
| Escrow/Impound (for Taxes and/or Insurance) | $171.42 |
| **Regular Monthly Payment** | **$519.76** |
| Total Fees & Charges | $30.00 |
| Overdue Payment | $2,598.80 |
| Unpaid Late Charges | $83.16 |
| Other/Optional Products | $.00 |
| **Total Amount Due**** | **$3,231.72** |

### Transaction Activity (10/19/22 - 11/18/22)

| Transaction Description | Date | Interest Paid To Date | Transaction Effective Date | Transaction Amount | Interest Paid | Principal Paid | Escrow Paid | Late Charges Paid | Fees Paid | Optional Insurance | Unapplied Funds |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Accrued Late Charge | 11/17/22 | 00/00/00 | 11/17/22 | $20.79 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

IMPORTANT NOTICE: TO THE EXTENT YOUR OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.

### Past Payments Breakdown

| | Paid Last Month | Paid Year to Date |
|---|---|---|
| Principal | $0.00 | $1,505.74 |
| Interest | $0.00 | $1,629.32 |
| Escrow (Taxes and Insurance) | $0.00 | $1,876.73 |
| Fees** | $0.00 | $0.00 |
| Late Charges | $0.00 | $0.00 |
| Partial Payment Unapplied* | $0.00 | $0.00 |
| Total | $0.00 | $5,011.79 |

*Partial Payments: Any funds received that are less than a full periodic payment may be applied to your account, promptly returned to you, or held in a non-interest bearing account until enough funds are received to apply to a full periodic payment.

**Amounts listed here will include other/optional products, if applicable.

### Important Messages

Delinquency information is reflected on page 2 in the Delinquency Notice section.

**This balance represents the known Amount Due as of the printing of this statement. If you are delinquent, this balance may not represent full reinstatement of your obligation. Please contact us regarding your up-to-date reinstatement balance at 1-855-690-5900.

Additional information is provided on the back of the statement.



Freedom Mortgage
P.O. Box 50485, Indianapolis, IN 46250-0401

JAMES TAYLOR
2023 ASHLEY DR
AUGUSTA GA 30906

September 21, 2022

Re: Loan Number 0115266785
    Borrower(s) Susan A Taylor
    Collateral Address 2023 Ashley Dr
                        Augusta, GA 30906

Dear James Taylor:

Thank you for contacting Freedom Mortgage Corporation ("Freedom Mortgage"). We received your request via email on September 14, 2022, regarding validation of debt on the above referenced loan. We appreciate the opportunity to assist you and hope you find the following information helpful.

We have reviewed the information in connection with the above referenced loan and as required by the Fair Debt Collections Practices Act (FDCPA), provide you with copies of the Note and Security Deed including all addendums and/or riders to validate the debt as witnessed by Susan A Taylor signature(s). In addition, copies of the Verification of Mortgage, and Payment History are enclosed for your review and records.

Please note, the documentation enclosed in this correspondence, provides the original creditor information. However, Freedom Mortgage Corporation is the current servicer of the loan, with an address of 10500 Kincaid Drive, Suite 111, Fishers, IN 46037, with rights to enforce the terms of the security instruments and collect on the debt.

Our records indicate that you are a confirmed successor in interest on the above-referenced loan account. Unless you assume the mortgage loan obligation under state law, you are not liable for the mortgage debt and cannot be required to use your personal assets to pay the mortgage debt. We hold a security interest in the property and maintain the right to foreclosure on the property when permitted by law and authorized under the mortgage loan contract. Enclosed is the copy of the successor in interest confirmation letter for your review and records.

As of the date of this letter, the loan is past due for the July 01, 2022 through September 01, 2022 monthly mortgage payments.

If you need to speak with a Customer Care Representative, please call Monday through Friday 8:00am – 8:00pm and Saturday 9:00am – 2:00pm Eastern Time at (855) 690-5900.

Sincerely,



FOR RETURN SERVICE ONLY
PLEASE DO NOT SEND PAYMENTS TO THIS ADDRESS
P.O. BOX 619063
DALLAS, TX 75261-9063

2-807-78123-0004691-001-1-000-010-000-000



JAMES TAYLOR
2023 ASHLEY DR
AUGUSTA GA  30906-5082

September 01, 2022

Re:    Loan Number            0115266785
       Collateral Address     2023 ASHLEY DR
                              AUGUSTA GA 30906

Dear Borrower(s):

We have not received your loan payments for the period of July 01, 2022 through September 01, 2022, which means your loan is in default. This letter is a demand for payment of the past due amount as of September 01, 2022, which are:

| | |
|---|---:|
| Principal, interest, & escrow | $1,559.28 |
| Late charges | $20.79 |
| Fees and costs to date | $0.00 |
| Less Amount in Suspense | $0.00 |
| Total Amount Due | $1,580.07 |

Interest and fees will continue to accrue after the date of this letter in accordance with the terms of your loan.

You must cure the default by paying the Total Amount Due by October 04, 2022. Failure to cure the default on or before the date specified in this notice may result in acceleration of the sums evidenced by the Note and secured by the Security Instrument that you executed in connection with the referenced loan, and sale of the secured property. You have the right to reinstate after acceleration and the right to bring a court action to assert the non-existence of a default or any other defense to acceleration and sale.

HUD-approved counseling is available on FHA-insured loans by calling 1-800-569-4287. You may also be entitled to a face-to-face interview with Freedom Mortgage Corporation if you have an FHA-insured loan. If you would like to discuss this letter and foreclosure prevention options, or arrange a face-to-face interview, we encourage you to contact our Customer Care Department immediately at (855) 690-5900, Monday through Friday 8:00am – 8:00pm and Saturday 9:00am – 2:00pm Eastern Time.

4100

  (https://www.consumerfinance.gov/)  **Start a new complaint**

 All complaints (.)

# 220707-9007831
**CLOSED**

✓ Submitted

**STATUS**
Submitted to the CFPB on 7/6/2022

**PRODUCT**
Mortgage

**ISSUE**
Struggling to pay mortgage

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

**YOUR COMPLAINT**

Requesting the audit trail (accounting, file, ledger and transactional history) notarized by an accountant for the consumer credit transaction that occurred on July 1, 2020.

**ATTACHMENTS**

0115266785 Mortgage Loan.pdf (3.9 MB)